IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAURA SIMMONS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| TRUMBULL INSURANCE COMPANY, ET AL. | : | NO. 11-6571 |

### O R D E R

**AND NOW**, this 25th day of April, 2012, upon consideration of Defendants' Motion to Dismiss (Docket No. 4), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the **MOTION** is **DENIED**.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.